S. Karen Bamberger
Dana A. Henderson
BETTS, PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
(206) 292-9988

Attorneys for Defendant Securitas
Security Services USA, Inc.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALBIR SINGH SOHI,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC. a Washington Corporation; SECURITAS SECURITY SERVICES USA, INC. a Washington Corporation,<br><br>Defendants. | NO.<br><br>NOTICE OF REMOVAL<br><br>FROM THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY, CAUSE NO. 07-2-25183-9 SEA |

TO: THE CLERK, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendant Securitas Security Services USA, Inc. ("Securitas") files this Notice of Removal to remove this action to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1331.

On July 31, 2007, Plaintiff Balbir Singh Sohi filed a Complaint for damages in the King County Superior Court. That action was assigned Cause No. 07-2-25183-9 SEA. Plaintiff served a copy of the Summons and Complaint on Defendant Securitas on August 2, 2007. (*See* Declaration of Dana A. Henderson, "Henderson Dec." ¶ 2, Exh. A, Decl. of Service.) Pursuant

NOTICE OF REMOVAL  -1-
334915/083007 0817/73190003

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

to 28 U.S.C. § 1446(a), copies of the summons and complaint are attached. (Henderson Dec., ¶¶ 3-4, and Exhs. B and C.)

In compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal to Clerk of Superior Court that will be filed with the King County Superior Court. (Henderson Dec. ¶ 5, Exh. D.) Securitas has also provided written notice of this filing to Plaintiff as required under the same statute. (Henderson Dec., ¶ 6, and Exh. E.)

### A. Basis for Jurisdiction in Federal Court

The United States District Court has original jurisdiction of the subject matter of this action under 28 U.S.C. § 1331 because in his Complaint, Plaintiff has alleged a federal question as the basis for his cause of action. Specifically, he asserts that Defendants have violated 42 U.S.C. § 1980, 42 U.S.C. § 2000(d), and that Defendants took action against Plaintiff due to his ethnicity and national origin, in violation of Title VI of the Civil Rights Act of 1964. (Henderson Dec., ¶ 4, Exh. C.)

### B. Propriety and Timeliness of Removal

This Superior Court action is removable to the U.S. District Court under 28 U.S.C. § 1446(b), which provides that a case may be removed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action is based. Defendant Securitas was served with the summons and complaint on August 2, 2007. This Notice of Removal has been filed within 30 days after receipt of such service as required.

### C. The U.S. District Court for the Western District of Washington is the Proper District Court

This Court is the United States District Court for the district where the state action is currently pending and, thus, this is the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).

NOTICE OF REMOVAL -2-
334915/083007 0817/73190003

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**D.   All Defendants Agree to Removal**

Co-Defendant Greyhound Lines, Inc. has formally consented to removal of this action. (Henderson Dec., ¶ 7, Exh. F.)

WHEREFORE, Defendant Securitas prays that the above-entitled action now pending before the Superior Court of the State of Washington for King County, Cause No. 07-2-25183-9 SEA, be removed to the United States District Court for the Eastern District of Washington.

DATED this 30th day of August, 2007.

BETTS, PATTERSON & MINES, P.S.

By _____
S. Karen Bamberger, WSBA #18478
Dana A. Henderson, WSBA #32507
Attorneys for Defendant Securitas Security Services USA, Inc.

NOTICE OF REMOVAL                                -3-
334915/082907 1806/73190003

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I filed the foregoing with the Clerk of the Court via e-mail. I hereby certify that I have served by Legal Messenger the document to the following parties:

**Counsel for Plaintiff:**
Walter H. Olsen, Jr., WSBA #24462
Khalil Khan, WSBA #36725
Olsen Law Firm, PLLC
604 W. Meeker Street, Suite 101
Kent, WA 98032

**Counsel for Defendant Greyhound Lines, Inc.:**
Christopher H. Howard, WSBA #11074
Jennifer K. Wyatt, WSBA #35156
Schwabe, Williamson & Wyatt
1420 5th Avenue, Suite 3010
Seattle, WA 98101

s/Dana A. Henderson
Dana A. Henderson, WSBA #32507
Attorneys for Defendant Securitas Security Services USA, Inc.
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
Tel: 206.292.9988
Fax: 206.343.7053
E-mail: dhenderson@bpmlaw.com

NOTICE OF REMOVAL                     -4-

334915/083007 0817/73190003

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988